**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| FRANK HEARRING, | Case No. 3:20-CV-0049-MMD-CLB |
| Plaintiff, | **ORDER GRANTING, IN PART, REQUEST FOR COPIES OF DOCUMENTS** |
| v. | |
| RICHARD SNYDER, *et al.*, | [ECF No. 22] |
| Defendants. | |

Before the Court is Plaintiff Frank Hearring's ("Hearring") request for copies of documents. (ECF No. 22.) Hearring states that he was transferred to Ely State Prison ("ESP") on January 4, 2022 and does not have access to the entire file in this case.[1] (*Id.*) Hearring's request is **GRANTED in part**. (ECF No. 22.)

The Clerk shall change Hearring's address to ESP. The Clerk shall also SEND Hearring one copy of the docket sheet and the Court's orders ECF Nos. 19 and 20 which were filed after Hearring's transfer. The Clerk shall SEND Hearring a copy request form. Should Hearring require further copies, he shall order them from the Clerk at his own expense.

DATED: January 12, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The Court notes that this request is dated January 5, 2022, only one day following his transfer.