**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| FRANK HEARRING, | Case No. 3:20-CV-0049-ART-CLB |
|---|---|
| Plaintiff, | **ORDER DENYING MOTION TO SHOW CAUSE TO PROCEED WITH ALL DEFENDANTS** |
| v. | |
| RICHARD SNYDER, *et al.*, | [ECF No. 34] |
| Defendants. | |

Plaintiff Frank Hearring ("Hearring") filed a form 'notice of motion' to show good cause to proceed with all said Defendants/Respondents. (ECF No. 34.) Pursuant to General Order 2021-05, Section 3(d), parties must not file 'notices' or 'letters' with the Court. Improperly filed 'notices' or 'letters' will be stricken from the docket. The Clerk of Court construed this document as merely a notice and filed it as such. However, Defendants construed it as a motion and filed an opposition. Therefore, the Court will treat this document as a motion.

By this motion, Hearring asks that the Court proceed against two unserved Defendants in this case, Ronald Schreckengost ("Schreckengost") and Richard Snyder ("Snyder"). The Court will address each of these Defendants in turn.

**1.   Ronald Schreckengost**

The Office of the Attorney General ("AG") did not accept service on behalf of Schreckengost as he is no longer an employee of the Nevada Department of Correction and has not requested representation. (ECF No. 15.) The AG did file the last known address for Schreckengost under seal. (ECF No. 16.) Thereafter, the Court ordered the U.S. Marshal ("USM") to attempt service of process. (ECF No. 20.) The summons was returned unexecuted by the USM with a note that states "spoke to resident/owner – no Ronald Schreckengost there." (ECF No. 30.)

The Court then issued a notice of intent to dismiss Schreckengost, without

prejudice, for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m). (ECF No. 32.) Following the issuance of the 4(m) notice, Hearring filed a motion for waiver of service of Schreckengost which the Court denied. (ECF No. 35.) Hearring's current motion essentially requests the same relief – that the Court proceed with Defendant Schreckengost without proper service – and is **DENIED**. (ECF No. 34.) The Court will issue a report and recommendation dismissing Schreckengost from this action without prejudice.

### 2. Richard Snyder

Richard Snyder died on June 20, 2021. (ECF No. 38 at 3.) Richard Snyder has no estate. (*Id.*) If Hearring believes he has any right to substitute a party under to Fed. R. Civ. P. 25, he may file a motion on or before **September 5, 2022**, otherwise Snyder must be dismissed. Therefore, Hearring's motion as Snyder is also **DENIED**. (ECF No. 34.)

**IT IS SO ORDERED.**

**DATED**: June 15, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**