UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK HEARRING,<br><br>                          Plaintiff,<br><br>   v.<br><br>RICHARD SNYDER, *et. al.*,<br><br>                         Defendants. | Case No. 3:20-cv-00049-ART-CLB<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE OPPOSITION**<br><br>[ECF No. 51] |

Currently pending before the Court is Plaintiff Frank Hearring's motion to extend time to file an opposition to Defendants' Motion for Summary Judgment. (ECF No. 51.) Finding good cause, Plaintiff's motion is GRANTED. (*Id.*)

Therefore, Plaintiff shall have an additional 30 days to file an opposition to Defendants' Motion for Summary Judgment, which is now due on or before Monday, March 13, 2023.

**IT IS SO ORDERED.**

**DATED**: February 6, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**