UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FRANK HEARRING,<br><br>    Plaintiff,<br><br>  v.<br><br>RICHARD SNYDER, *et al.*,<br><br>    Defendants. | Case No. 3:20-CV-00049-ART-CLB<br><br>**ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

On January 19, 2023, Defendants filed a motion for summary judgment. (ECF No. 49). Plaintiff Frank Hearring ("Hearring") was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). (ECF No. 50). Hearring was granted an extension of time to March 13, 2023, to file an opposition to the motion. (ECF No. 52). To date, Hearring has failed to file an opposition.

The Court will *sua sponte* grant Hearring one *final* extension of time to **Monday, April 10, 2023**, to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If Hearring fails to file an opposition, the motion will be submitted to the Court for decision.

  IT IS SO ORDERED.

  DATED:  March 20, 2023  .

_____
UNITED STATES MAGISTRATE JUDGE